Benjamin Carter # 1591524
Red Onion State Prison
P.O. Box 1900
Pound, VA, 24279

RECEIVED
DATE
NOV 13 2023
MAILROOM



Clerk, United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA, 22814

"Legal Mail Enclosed"